IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> VS. <br><br> DARSHAY R. GEORGE, <br><br> Defendant | **NO. 5: 09-MJ-04-07 (CWH)** <br><br> RE: VIOLATION OF PROBATION |

# O R D E R

Defendant DARSHAY R. GEORGE on October 19, 2009, appeared before the undersigned with legal counsel, Ms. LaRae Dixon Moore of the Federal Defenders Office, for a hearing on a Petition for Action on Probation filed by U. S. Probation Officer Leigh R. Swicord. The government was represented at the hearing by Special Assistant U. S. Attorney Elise Louise Jones. After examination by the court, defendant GEORGE, with assistance of counsel, entered a written plea of guilty to Violation No. 2 of said petition which alleged that she had failed to refrain from association with a person engaged in criminal activity in violation of Standard Condition No. 9.

With the agreement of counsel for the government, counsel for the defendant, and the defendant herself, the undersigned accepted Ms. George's plea of guilty, found a factual basis for accepting her plea, and disposed of said petition as follows:

**Accordingly, IT IS ORDERED AND DIRECTED:**

(1) that Violation No. 1 set forth in said Petition is dismissed;

(2) that defendant GEORGE's probation is REVOKED and she is SENTENCED to the custody of the Bureau of Prisons for a period of THREE (3) MONTHS;

(3) that she shall pay any outstanding mandatory assessment fee and fine heretofore imposed upon her; and,

(4) that **NOTWITHSTANDING THE FOREGOING**, the imprisonment portion of said sentence of revocation is **SUSPENDED** until further order of the court provided defendant GEORGE shall fully comply with all conditions of supervision imposed upon her in the court's judgment of August 3, 2009.  IN THE EVENT OF NON-COMPLIANCE, the sentence hereinabove stated will be imposed FORTHWITH based solely upon the violation admitted to by defendant GEORGE at the plea hearing.

SO ORDERED AND DIRECTED, this 21st day of OCTOBER, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE