IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**DARSHAY R. GEORGE**,<br><br>Defendant | NO. 5: 09-MJ-04-07 (CWH)<br><br>RE:  Violation of Probation |

## ORDER AND BENCH WARRANT

Defendant **DARSHAY R. GEORGE** having this day failed to appear for a hearing as directed by the court,

IT IS HEREBY ORDERED AND DIRECTED that the United States Marshal, his authorized representative, or any authorized law enforcement officer immediately ARREST the said **DARSHAY R. GEORGE** and bring her before this court for proceedings in accordance with the Order of the undersigned dated October 21, 2009 (Tab #31).

SO ORDERED AND DIRECTED, this 1st day of MARCH, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
_____.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |